THE LONG ISLAND LOAN AND TRUST COMPANY; as Trustee under a Mortgage Made by the Long Island City and Newtown Railroad Company, Respondent, *v.* THE LONG ISLAND CITY AND NEWTOWN RAILROAD COMPANY et al., Appellants.

*Long Island L. & T. Co.* v. *L. I. City & N. R. R. Co.,* 85 App. Div. 36, affirmed.

(Argued March 24, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1903, affirming a judgment in favor of plaintiff entered upon a verdict.

*I. R. Oeland, Van Vechten Veeder, William E. Stewart* and *George F. Hickey* for appellants.

*Melvin G. Palliser, Roger S. Baldwin* and *William M. Ingraham* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.

---

JOHN WALSH, Respondent, *v.* NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.

*Walsh* v. *New York & Queens Co. Ry. Co.,* 80 App. Div. 316, affirmed.

(Argued March 24, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*I. R. Oeland, Van Vechten Veeder* and *William E. Stewart* for appellant.

*S. S. Whitehouse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Dissenting: PARKER, Ch. J., and GRAY, J.